**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 20, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00621-CV

**JUDITH KING, INDEPENDENT EXECUTOR OF THE ESTATE OF KENNETH KING, DECEASED, Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE OWNERS OF ACCREDITED MORTGAGE LOAN TRUST 2004-4, Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-63769**

## M E M O R A N D U M   O P I N I O N

This attempted appeal is from an order granting appellee's application for expedited foreclosure on real property. *See* Tex. R. Civ. P. 736. Appellee filed a motion to dismiss the appeal. Appellant filed a response.

In her response, appellant claims the trial court's order is void for lack of subject matter jurisdiction. Our jurisdiction, however, depends upon there being an appealable order before this court.

The only issue to be determined under Rule 736 is the right of the applicant to obtain an order to proceed with foreclosure. Tex. R. Civ. P. 736(7). The rule expressly provides "[t]he granting or denial of the application is not an appealable order." Tex. R. Civ. P. 736(8)(A). Under these circumstances we can take no action other than to dismiss the appeal. Accordingly, the motion is granted and the appeal is ordered dismissed. *See Barriere v. Am. Serv. Mortg. Co.,* No. 14–10–00617–CV, 2010 WL 3504755, at *1 (Tex. App.-Houston [14th Dist.] Sept. 9, 2010, no pet.) (mem. op.)


PER CURIAM


Panel consists of Justices Frost, Christopher and Jamison.